# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ANTHONY HAMPTON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BRIAN CONNETT, *et al.*,<br><br>　　　　　Defendants. | 2:14-cv-01110-GMN-VCF<br>**ORDER** |

Before the court is Defendants' Motion to Reset Settlement Conference (#40). Defendants seek to reschedule the settlement conference since Nancy Katafias, the Tort Claims Manager for the State of Nevada is unavailable on October 13, 2015. *Id.*

Accordingly and for good cause shown,

IT IS HEREBY ORDERED that Defendants' Motion to Reset Settlement Conference (#40) is GRANTED. The settlement conference scheduled for October 13, 2015 is VACATED.

Defendants must contact chambers at 702-464-5540 by September 25, 2015 to reschedule the settlement conference.

DATED this 9th day of September, 2015.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE