**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

ANTHONY T. HAMPTON,

        Plaintiff,

vs.

BRIAN CONNETT, et al.,

        Defendants.

2:14-cv-01110-GMN-VCF

**ORDER**

Due to a conflict on the court's calendar,

IT IS HEREBY ORDERED that the settlement conference scheduled for December 18, 2015 is VACATED.  Defendants must call chambers at 702-464-5540, by December 18, 2015, to reschedule the settlement conference.

IT IS SO ORDERED.

DATED this 9th day of December, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE