# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

ANTHONY T. HAMPTON,

             Plaintiff,

vs.

BRIAN CONNETT, *et al.*,

             Defendants.

2:14-cv-01110-GMN-VCF

**ORDER**

Before the court is Plaintiff's Motion for Status Check. (#56). Plaintiff is seeking to reset the settlement conference. *Id.* The parties' December 18, 2015 settlement conference was vacated due to a conflict on the court's calendar. (#51). On December 17, 2015, the court rescheduled the settlement conference for February 26, 2016 at 9:00 a.m. (#53).

Accordingly,

IT IS HEREBY ORDERED that is Plaintiff's Motion for Status Check (#56) is DENIED as MOOT. The settlement conference is rescheduled for February 26, 2016 at 9:00 a.m. (#53). The Clerk of Court is directed to mail to Plaintiff, a copy of this Order, the docket sheet, the Order Vacating the Settlement Conference in December (#51), and the Order rescheduling the Settlement Conference (#53).

DATED this 6th day of January, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE